UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Board of Trustees of the Teamsters Local 445 Construction Division Health and Welfare Fund, Teamsters Local 445 Construction Division Pension Fund, Teamsters Local 445 Construction Annuity Fund, and Teamsters Local 445 Education and Training Fund,<br><br>                              Plaintiffs,<br><br>   -against-<br><br>CARDONA AND SONS, INCORPORATED d/b/a CARDONA & SONS, INC.,<br><br>                              Defendant. | ~~Index No:~~ 19-cv-10829 (VB)<br><br>DEFAULT JUDGMENT |

This action having been commenced on November 22, 2019 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, Cardona and Sons, Incorporated d/b/a Cardona & Sons, Inc., on November 26, 2019 via New York State, Secretary of the State of New York and said Proof of Service having been filed with the Clerk of the Court on December 3, 2019 and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the plaintiff have judgment against defendant in the liquidated amount of Seven Thousand Seven Hundred Twenty Four Dollars and Forty Cents ($7,724.40), which includes the following: the principal amount owed in late charges in the sum of $5,200.40 for the period July 21, 2012 through to and including December 15, 2012, August 25, 2013 through to and including October 25, 2014, attorneys' fees in the sum of $2,060.00; court costs and disbursements of this action in the sum of $464.00.

ORDERED, that the Judgment rendered by the Court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
       2/25/ 2020

So Ordered:

_____
Honorable Vincent L. Briccetti, U.S.D.J.